UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID KING and RHONDA KING,
Husband and Wife,

    Plaintiffs,

v.

KALAMA SCHOOL DISTRICT NO. 402,

    Defendant.

Case No.: 3:05-cv-05675-KLS

ORDER DENYING
PLAINTIFF'S MOTION
TO REMAND

This matter comes before the Court on Plaintiff's Motion to Remand [Dkt. #10].  28 U.S.C. § 1331 grants the District Courts original jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United States.  Furthermore, 28 U.S.C. § 1441(b) provides that cases in which the District Courts have original jurisdiction based upon a right arising under the Constitution shall be removable.  Plaintiff's complaint alleges, among other matters, that the Defendants infringed upon his First Amendment rights guaranteed by 42 U.S.C. § 1983 - a federal question under 28 U.S.C. § 1331.  *See* Defendant's Notice of Removal, p. 2 ¶ 4 [Dkt. #1].  Consequently, this Court has original federal question jurisdiction in this matter, and the case was appropriately removed from Cowlitz County Superior Court to federal court.

ORDER      1

The Plaintiff's Motion to Remand is DENIED.

DATED this 8th day of December, 2005.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE