The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID KING and RHONDA KING, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>KALAMA SCHOOL DISTRICT NO. 402; JAMES SUTTON,<br><br>Defendants. | Case No.: 3:05-cv-05675-RBL<br><br>ORDER ON PLAINTIFFS' MOTIONS IN LIMINE |

THIS MATTER having come on before the above-entitled Court on the Plaintiffs' Motions in Limine, and the Court having reviewed the records and files herein, now therefore, it is hereby,

ORDERED, ADJUDGED, AND DECREED as follows:

1. Precluding the defendants from raising any affirmative defenses not pled in Answer to Plaintiffs' Complaint;

    GRANTED _____    DENIED _____    RESERVED __X__

2. Excluding any and all evidence or argument of "possible" causes of Plaintiff's injuries;

    GRANTED _____    DENIED _____    RESERVED __X__

ORDER ON PLAINTIFFS' MOTIONS
IN LIMINE   (3:05-cv-05675-RBL) – Page 1

3. Precluding any comment regarding the circumstances or time under which the Plaintiffs hired their attorney;

GRANTED _____    DENIED _____    RESERVED __X__

4. Requiring the defendants to refer to the CR 35 examination as a defense medical examination;

GRANTED _____    DENIED __X__    RESERVED _____

5. Precluding any testimony regarding the parties' settlement negotiations;

GRANTED __X__    DENIED _____    RESERVED _____

6. Precluding the defendants from introducing any previously undisclosed evidence;

GRANTED _____    DENIED _____    RESERVED __X__

7. Precluding the defendants from commenting on the fact that this Motion was brought;

GRANTED __X__    DENIED _____    RESERVED _____

8. Precluding the defendants' CR 35 expert from giving a recitation of the Plaintiff's medical history.

GRANTED _____    DENIED __X__    RESERVED _____

DONE IN OPEN COURT this 11th day of December, 2006.

_____
JUDGE RONALD B. LEIGHTON

ORDER ON PLAINTIFFS' MOTIONS
IN LIMINE  (3:05-cv-05675-RBL) – Page 2