Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DAVID KING and RHONDA KING, husband and wife,

    Plaintiffs,

vs.

KALAMA SCHOOL DISTRICT NO. 402, JAMES SUTTON,

    Defendant.

No. C05-5675KLS

REVISED PROPOSED ORDER CONCERNING DEFENDANTS' MOTIONS IN LIMINE

Note for Motion Calendar:

This court, having heard Defendants Kalama School District's and Sutton's Motions in Limine, having heard the arguments of counsel and having considered the law and the evidence, hereby ORDERS, ADJUDGES, AND DECRESS as follows:

| Motion in Limine | Granted | Denied | Reserved |
|---|---|---|---|
| 1. **No Mention of Settlement Discussions:** No person should be allowed to mention, testify about, allude to or offer into evidence any testimony or exhibits which relate to settlement demands, offers, or negotiations, or the content of any such discussions in this lawsuit. | X | | |
| 2. **Exhibit Protocol:** Before showing any exhibit to the jury, the attorney offering that exhibit should have the exhibit either admitted into evidence or approved for showing by the Court. | X | | |
| 3. **No Mention of Insurance:** No person should be allowed to mention, testify about, allude to or offer into evidence any exhibits which relate to anything regarding | X | | |

{1010846.DOC}
- 1 – Proposed Order Concerning Motions in Limine
C05-5675KLS
1010846

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| # | Motion | Col A | Col B | Col C |
|---|---|---|---|---|
| | liability insurance or self insurance. | | | |
| 4. | **Law Firms:** No person should be allowed to mention, testify about, allude to or offer into evidence any exhibits which relate to how the parties obtained representation of counsel in this case. | | | X |
| 5. | **No Mention of Litigation Expenses:** No person should be allowed to mention, testify about, allude to or offer into evidence any exhibits which relate to anything regarding litigation expenses incurred by the parties. | X | | |
| 6. | **Exclusion of Witnesses:** All non-party witnesses should be excluded from the courtroom while other witnesses are testifying pursuant to Fed. R. Evid. 615. | X | | |
| 7. | **One Day Notice for Calling Witnesses:** As a courtesy, attorneys for both sides should give one another notice of witnesses, depositions to be read, and exhibits to offered or used at trial the following day of trial. Such notice should be given, at the very least, when Court recesses the Court day prior to the testimony, deposition or exhibit being offered. | X | | |
| 8. | **No Mention of These Motions:** No one should mention, allude to or discuss in the presence of the jury any of these motions, rulings on these motions, or anything about these motions. | X | | |
| 9. | **Witnesses Must Read Orders Relating to All Motions in Limine:** Before any witness testifies, the attorney bringing the witness to the witness stand must provide the witness with a copy of the orders this Court issued relating to motions in limine in this case, and the witness should read those orders so that he/she is familiar with them before testifying. | | | X |
| 10. | **No Per Diem Argument Regarding Pain and Suffering:** Plaintiffs and their attorneys should not be allowed to make any argument in front of the jury, or make any comment, ask any question, or make any allusion to the per diem value of plaintiff's alleged pain and suffering in this case. | | | X |
| 11. | **There Should Be No "Place Yourself in the Place of Plaintiffs" Argument.** | X | | |
| 12. | **There Should Be No Argument Concerning Plaintiffs Having to Share the Proceeds of Any Award With Their Attorneys.** | X | | |

{1010846.DOC}
- 2 – Proposed Order Concerning Motions in Limine
C05-5675KLS
1010846

LEE·SMART·COOK·MARTIN & PATTERSON

P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| # | Motion | Granted | ? | Denied |
|---|---|---|---|---|
| | 13. There Should Be No Argument Regarding Alleged Financial Inequality Between Plaintiffs and Defendants. | X | | |
| | 14. **Plaintiff Should Not Offer Evidence of Alleged Wrongdoing From Before September 29, 2002:** Plaintiffs, their witnesses, and attorneys should not be allowed to discuss any alleged wrongdoing of any Defendant which occurred before September 29, 2002. | | | X |
| | 15. Plaintiff Should Not Be Allowed to Call Any Expert or Lay Witness Not Previously Identified By Plaintiff, nor Offer Any Real Evidence Not Properly Disclosed in Discovery. | | | X |
| | 16. **Only Qualified Experts May Testify Regarding Causation:** No lay witness or attorney should be allowed to opine what caused a particular injury or damage which plaintiff David King is alleged to have suffered. Only properly qualified experts should be allowed to testify that any actions of a Defendant caused the damages alleged in this case. | | | X |
| | 17. **Motion in Limine to Strike Steven Lewis, D.C. as a Witness:** Plaintiff David King's chiropractor, Steven Lewis, D.C., should not be allowed to testify at trial because he is unable to testify with reasonable medical probability as to what has caused any condition which plaintiff complains of in this case. | | | X |
| | 18. **Motion in Limine to Strike James Boylon, M.D. as a Witness:** Plaintiff David King's dermatologist, James Boylon, M.D., should not be allowed to testify because he is unable to testify with reasonable medical probability either as to what has caused any skin condition which plaintiff complains of in this case, or as to what degree the stress Mr. King has experienced at work may have contributed to that skin condition. | | | X |
| | 19. **References to Dr. Hegyvary:** Plaintiffs, their attorneys, and witnesses should not be allowed to refer to the IME psychiatrist, Csaba Hegyvary, M.D., as "the defense doctor," nor should they be allowed to refer to that IME as "the defense exam." | | | X |
| | 20. **Plaintiffs Should Not Be Allowed to Allege "Prior Bad Acts" by Mr. Sutton:** Plaintiffs should not be present testimony of any witness concerning prior bad acts of Superintendent Sutton before he came to work for the Kalama School District in 1997. | | | X |

{1010846.DOC}
- 3 – Proposed Order Concerning Motions in Limine
C05-5675KLS
1010846

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

*RBL*

*Lay*

| # | Description | Col 1 | Col 2 | Col 3 |
|---|---|---|---|---|
| 21. | **No Witness Should Be Allowed to Testify as to the Ultimate Legal Conclusion of Law that a Defendant Has "Retaliated" Against Them or Another Individual:** Neither plaintiffs nor their witnesses should be allowed to opine whether they have been "retaliated" against or whether someone else has been retaliated against. Instead of conclusory testimony, witnesses should describe factually what has happened without opining as to whether there was retaliation. | X | | |
| 22. | **No Witness Should Be Allowed to Testify that a Defendant Has "Harassed" or "Discriminated Against" Them or Another Individual:** Neither plaintiffs nor their witnesses should be allowed to state an opinion that they have been "harassed" or "discriminated against" by any Defendant, or whether someone else has been harassed or discriminated against. Instead of conclusory testimony, witnesses should describe factually what has happened without opining as to whether they was harassed or discriminated against. | | | X |
| 23. | **Plaintiff David King Should Not Offer His Own Diagnoses or Prognoses:** Plaintiff should not be allowed to testify, nor should his attorney question him concerning, what the diagnoses of his various medical or psychological conditions are, nor should he be allowed to testify as to what his doctors have told him the diagnoses of those conditions are. | X | | |
| 24. | **Plaintiff David King Should Not Offer His Own Medical Causation Opinions:** Plaintiff David King should not be allowed to testify, nor should his attorney question him concerning as to what the causes of his various medical and psychological conditions are, nor should he be allowed to testify as to what his doctors have told him the causes of those conditions are. | | | X |
| 25. | **Plaintiffs Should Not Be Allowed to Testify Concerning Any Chart or Calculations Unless Proper Foundation Has Been Laid.** | | | X |
| 26. | **Mr. King Should Not Be Allowed to Testify As to What Others May Have Understood the Term "Staffing" To Mean.** | | | X |

{1010846.DOC}
- 4 – Proposed Order Concerning Motions in Limine
C05-5675KLS
1010846

LEE·SMART·COOK·MARTIN & PATTERSON

P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| # | Motion | Col A | Col B | Col C |
|---|---|---|---|---|
| 27. | Mr. King Should Not Be Allowed to Testify As to Any Unwritten Custom or Policy of the District: Plaintiffs and their witnesses should not be allowed to testify as to any unwritten customs or policies of the Kalama School District. | | | X |
| 28. | Mr. King Should Not Be Allowed to Testify Concerning the Emotional Distress of Litigation. | | X | |
| 29. | Mr. King Should Not Be Allowed to Testify as to Discipline Allegedly Received by Other Teachers Without First Laying Foundation that He Has First Hand Knowledge. | | X | |
| **Supplemental Motions in Limine** | | | | |
| 30. | Plaintiffs Exhibits 2-16 and 24-26 are inadmissible and are stricken from plaintiffs' exhibit list. | | | X |
| 31. | Plaintiffs' Exhibits 2-16 are inadmissible and are stricken from plaintiff's exhibit list. | | | X |
| 32. | Plaintiffs Should Not Complain About Mr. Sutton Allegedly Threatening to Terminate Mr. King. | | X | |
| 33. | Plaintiffs Should Be Precluded from Alleging Any "Union Activities" Other Than Those in Response to Interrogatory Number 3. | | | X |
| 34. | Plaintiff Should Not Be Allowed to Offer Evidence of "Retaliation" Other Than That Identified In Response to Interrogatory Number 5. | | | X |
| 35. | Plaintiffs Should Not Be Allowed to Offer Evidence of Damages Other Than That Identified In Response to Interrogatory Number 7. | | | X |
| 36. | Plaintiffs Should Not Be Allowed to Offer Evidence of RCW 41.56 Violation Other Than That Identified In Response to Interrogatory Number 11. | | | X |
| 37. | Plaintiffs Should Not Be Allowed to Offer Evidence of RCW 41.56 Violation Other Than That Identified In Response to Interrogatory Number 13. | | | X |
| 38. | Plaintiffs Should Not Be Allowed to Offer Evidence of Employment Discrimination Violation Other Than That Identified In Response to Interrogatory Number 15. | | | X |
| 39. | Plaintiffs Should Not Be Allowed to Offer Evidence of Special Damages Other Than That Identified In Response to Interrogatory Number 1. | | | X |
| 40. | Plaintiffs' Exhibits 27 and 28 Should Be Stricken Since They Have Not Been Properly Identified. | | | |

{1010846.DOC}
- 5 – Proposed Order Concerning Motions in Limine
C05-5675KLS
1010846

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | | |
|---|---|---|
| 41. Plaintiffs' Should Be Required to Declare Who Their Witnesses Will Be In This Case. | ✗ | ~~~ |

DONE IN OPEN COURT this 11th day of December, 2006.

_____
Hon. Ronald B. Leighton

Presented by:

LEE SMART COOK MARTIN &
  PATTERSON, P.S., INC.


By:/s/ Donald F. Austin
    Michael A. Patterson, WSBA No. 7996
    Duncan K. Fobes, WSBA No. 14964
    Donald F. Austin, WSBA No. 35293
    Attorneys for Defendants Kalama School
    District and Sutton

Approved as to Form; Notice of
Presentation Waived:

CRANDALL, O'NEILL & McREARY, P.S.



By _____
   _____, WSBA No. _____
   Attorneys for Plaintiffs

{1010846.DOC}
- 6 – Proposed Order Concerning Motions in Limine
C05-5675KLS
1010846

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944