The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID KING and RHONDA KING,
husband and wife,

           Plaintiffs,

v.

KALAMA SCHOOL DISTRICT NO. 402;
JAMES SUTTON,

           Defendants.

Case No.: 3:05-cv-05675-RBL

ORDER ON PLAINTIFFS'
MOTION TO CONTINUE TRIAL

~~(PROPOSED)~~

THIS MATTER having come on before the above-entitled Court on the Plaintiffs' Motion to Continue Trial, and the Court having reviewed the records and files herein, now therefore, it is hereby,

ORDERED, ADJUDGED, AND DECREED that trial in this matter, scheduled to begin on May 7, 2007 _____ shall not be continued __X__ shall be continued to _Nov 13, 2007_ 9:00

DONE IN OPEN COURT this _20th_ day of _April_, 2007.

_____
JUDGE RONALD B. LEIGHTON

05-CV-05675-ORD