HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID KING and RHONDA KING,
husband and wife,

              Plaintiffs,

           v.

KALAMA SCHOOL DISTRICT NO. 402;
JAMES SUTTON,

              Defendants.

Case No. C05-5675RBL

ORDER STRIKING PLAINTIFFS'
EXHIBIT LIST

This matter comes on before the above-entitled Court upon Defendants' Motion to Strike Plaintiffs' Exhibit List Due to FERPA Violations [Dkt. 164]. Having considered the entirety of the records and file herein, and having considered that for hearing, it is hereby

**ORDERED** that Defendants' Motion to Strike Plaintiffs' Exhibit List Due to FERPA Violations [Dkt. #164] is hereby **GRANTED**. Plaintiffs' Exhibit List filed at Docket No. 160 is hereby stricken from the record. Plaintiff has resubmitted the Exhibit List at Docket No. 166 with personally identifiable information concerning students, including their names, redacted, identifying the students by initials only.

DATED this 4th day of May, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1