HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID KING and RHONDA KING, husband and wife,

Plaintiffs,

v.

KALAMA SCHOOL DISTRICT NO. 402, JAMES SUTTON,

Defendants.

Case No. C05-5675 RBL

ORDER ON MOTIONS IN LIMINE

THIS MATTER comes on before the above-entitled Court upon Defendants' Motions in Limine 1-52 [Dkt. #153].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On December 11, 2006 the Court, after a hearing, entered an Order [Dkt. #136] ruling on motions numbered 1 through 41. The Court will not revise that Order, except as to motion number 40. The Order does not reflect a ruling on motion number 40; however, the motion was addressed at the hearing, was granted, and plaintiffs have corrected their exhibit list to reflect the Court's ruling. [See Dkt. #166].

| | | |
|---|---|---|
| 42. | Precluding testimony about Roger Samples alleged 1998 statement. | GRANTED |
| 43. | Precluding testimony of alleged conversation with Donna Cramer. | RESERVED |
| 44. | Precluding testimony of matters relating to the Charna Ophus grievance. | GRANTED |
| 45. | Precluding testimony concerning the Bob Lynn altercation. | GRANTED |
| 46. | Precluding testimony concerning the student "staffing" matter. | RESERVED |

ORDER
Page - 1

| 47. | Precluding testimony of any non-party witness concerning whether they have in any way felt discriminated against on the basis of age or union association. | RESERVED |
|---|---|---|
| 48. | Precluding testimony about Mr. Hamilton allegedly becoming "agitated" in January 2004 regarding teachers working one evening for parent-teacher meetings. | DENIED |
| 49. | Precluding testimony that on September 8, 2005, Mr. Hamilton gave Mr. King "a verbal warning for insubordination for failing to check out properly at the end of the school year, on June 17, 2005." | GRANT |
| 50. | Precluding testimony that on March 1, 2005, Mr. Hamilton informed Mr. King that he had given student AC a warning for a discipline referral King had submitted the previous day "after Ms. C . . . had called [Mr. King] a 'butthead.'" | DENIED |
| 51. | Precluding testimony relating to the March 2, 2005 situation of Mr. Hamilton allegedly becoming "very agitated" when he and Mr. King disagreed over a student discipline matter. | DENIED |

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

DATED this 16th day of May, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE