AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

DAVID KING and RHONDA KING,

           v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C05-5675RBL

KALAMA SCHOOL DISTRICT NO. 402
and JAMES SUTTON,

[XX] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

Judgment is hereby entered FOR Defendants.

                                              BRUCE  RIFKIN

*Dated: December 3, 2007*                                        *Clerk*

                                              s/Jean Boring
                                              *(By) Deputy Clerk*