AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

DAVID KING and RHONDA KING,

v.

KALAMA SCHOOL DISTRICT NO. 402
and JAMES SUTTON,

JUDGMENT IN A CIVIL CASE
ON FEES AND COSTS

CASE NUMBER:     C05-5675RBL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

The Court finds that plaintiffs' attorneys did not violate Fed.R.Civ.P. 11(b) and 28 U.S.C. § 1927 and therefore declines to award defendants attorneys' fees.

Statutory Costs in favor of the defendants and against plaintiffs are hereby taxed in the amount of $5,942.46.

*Dated: January 9, 2008*

BRUCE  RIFKIN
Clerk

s/Jean Boring
*(By) Deputy Clerk*